MORRIS & CUMMINGS DREDGING COMPANY, DEFENDANT IN ERROR, v. MAYOR AND COUNCIL OF THE CITY OF BAYONNE ET AL., PLAINTIFFS IN ERROR.

Submitted March 23, 1908—Decided June 15, 1908.

Error will not lie to an order of the Supreme Court directing a *mandamus* to issue, unless the constitutionality of a statute is involved in the decision by the court.

On error to the Supreme Court, whose opinion is reported in 46 *Vroom* 59.

For the plaintiff in error, *Elmer W. Demarest.*

For the defendants in error, *McDermott & Enright.*

PER CURIAM.

The record returned with the writ of error in this case shows that the proceedings below consisted of a rule to show cause why a writ of *mandamus* should not issue requiring the city of Bayonne and the members of its common council, plaintiffs in error, to apportion certain arrears of taxes on lands of the prosecutors; a stipulation of facts in lieu of depositions pursuant to such rule; a further rule of the Supreme Court making the rule to show cause absolute and directing that a peremptory writ of *mandamus* issue; and the writ itself.

It was decided by this court as long ago as 1860 that error would not lie in such a case. This rule was reaffirmed in *American Transportation Co.* v. *New York, Susquehanna and Western Railroad Co.*, 30 *Vroom* 156, and in *Paterson* v. *Shields, Id.* 426.

The proceedings are reviewable in error if, on an issue of fact or law, final judgment is given. *Pamph. L.* 1903, *p.* 381, § 4. The practice in such case is indicated and its history given in the opinion of the late Mr. Justice Dixon, in *Kenny* v. *Hudspeth,* 30 *Vroom* (at *p.* 527 *et seq.*). And by the *Mandamus* act, where the constitutionality of a statute is the main issue involved, error will lie even if there is no judgment. *Pamph. L.* 1903, *p.* 381, § 6. *Neptune Township* v. *Mannion,* 44 *Vroom* 816.

In the present case, however, as in the case of *Paterson* v. *Shields, supra,* no such constitutional question is raised; nor is there any issue framed upon pleadings.

The writ of error will therefore be dismissed.

*For dismissal*—THE CHIEF JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J. 15.